UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANKIT KUMAR,<br>Petitioner,<br>v.<br>WARDEN FACILITY ADMINISTRATOR, et al.,<br>Respondents. | Case No. 5:26-cv-05111-ODW-SSC<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636 the Court has reviewed the petition, all of the records herein, the Report and Recommendation of United States Magistrate Judge, and the objections to the Report and Recommendation. The Court accepts the findings and conclusions of the Magistrate Judge in the Report and Recommendation.

//

IT IS ORDERED that judgment be entered denying the petition (ECF 1) without prejudice.

DATED: November 20, 2026

HONORABLE OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE